IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02211-WJM-BNB

RANDALL S. ASHER, D.D.S., M.S.,

Plaintiff,

v.

COLGATE-PALMOLIVE COMPANY, a Delaware corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's and Defendant's Motion for Leave to Appear at October 30, 2012 Scheduling Conference Via Telephone** [docket no. 12, filed October 11, 2012] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The Scheduling Conference set for **October 30, 2012**, and all connected deadlines, is **VACATED**. The Scheduling Conference will be reset once the Motion to Transfer Case [17] has been decided. The parties may then file another motion to appear telephonically at that time.

DATED: October 16, 2012