IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02211-WJM-BNB

RANDALL S. ASHER, D.D.S., M.S.,

Plaintiff,

v.

COLGATE-PALMOLIVE COMPANY, a Delaware corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion for Leave to Appear at November 28, 2012 Scheduling Conference Via Telephone** [docket no. 31, filed November 26, 2012] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the parties may appear for the Scheduling Conference set for **November 28, 2012, at 8:30 a.m., Mountain Standard Time**. The parties must be on a conference call together **before** calling Chambers at **303-844-6408**, or in the alternative, have a toll-free conference call number for all parties, including the Court, for participation. If the toll-free number is the choice, please notify the Court via our chambers e-mail or our phone number with details.

DATED: November 26, 2012